JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIFANO GARCIA,<br><br>      Plaintiff<br><br>    v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No: 2:20-cv-08460-KK<br><br>**JUDGMENT** |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: June 3, 2021

_____
THE HONORABLE KENLY KIYA KATO
United States Magistrate Judge

-1-